COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
02 1M
0004279596
MAILED FROM ZIP CODE 78701

$ 00.406
DEC 01 2014
PITNEY BOWES

INMATE RELEASED
RE: WR-76,635-03

RETURN TO SENDER

JECIA JAVETTE MOSS
GREEN UNIT - TDC #1614929
BU129 Kaufman
PO Drawer 849
Kaufman, TX 75142-0849

RETURN TO SENDER

INMATE RELEASED






